THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY MCLEOD, Appellant. [967 NYS2d 862]—Appeal from a judg-

ment of the Onondaga County Court (Anthony F. Aloi, J.), rendered June 13, 2012. The judgment convicted defendant, upon his plea of guilty, of vehicular manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ.